IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPENPITTSBURGH.ORG and JAKE WITMER | : |
| | : |
| | : CIVIL ACTION |
| Plaintiffs, | : |
| | : 2:16-cv-01075-MRH |
| v. | : |
| | : |
| MARK WOLOSIK; in his official capacity as Manager of the Allegheny County Division of Elections; JOHN P. DEFAZIO, in his official capacity as a Member of the Allegheny County Board of Elections; RICH FITZGERALD, In his official capacity as a Member of the Allegheny Board of Elections; SAMUEL DEMARCO III, in his official capacity as a Member of the Allegheny County Board of Elections; and KATHLEEN KANE, in her official capacity as the Attorney General of the Commonwealth of Pennsylvania | : : : : MOTION FOR : ADMISSION : PRO HAC VICE : : : : : : : *Filed Electronically* |
| Defendants. | : |

## MOTION FOR ADMISSION *PRO HAC VICE* PAUL A. ROSSI, ESQ.

Paul A. Rossi, Esq., undersigned counsel for plaintiffs OpenPittsburgh.Org and Jake Witmer, hereby moves that Paul A. Rossi, Esq., be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for plaintiffs OpenPittsburgh.Org and Jake Witmer in the above captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

AND NOW, this 26th day of July, 2016
IT IS SO ORDERED.
s/ Mark R. Hornak
UNITED STATES DISTRICT JUDGE

1

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Paul A. Rossi, Esq., filed herewith, which it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                    Respectfully submitted,

Dated: July 25, 2016              /s/ *Paul A. Rossi*
Paul A. Rossi, Esq.  PA ID #84947
IMPG Advocates, Inc.
873 East Baltimore Pike, #705
Kennett Square, PA  19348
717.961.8978
Paul-Rossi@comcast.net
*Counsel for all Plaintiffs*