IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPENPITTSBURGH.ORG et al., | ) |
| | ) |
| v. | ) |
| | ) |
| KATHRYN BOOCKVAR in her official capacity, DAVID VOYE in his official capacity, KATHRYN M. HENS-GRECO in her official capacity, ROBERT PALMOSINA in his official capacity, | ) 2:16-cv-1075 |
| Defendant. | ) |

## ORDER

AND NOW, this 7th day of October, 2019, it is hereby ORDERED that, for the reasons stated on the record in open court, Plaintiffs are granted leave to file a Third Amended Complaint on or before October 28, 2019. Defendants shall respond to the Third Amended Complaint within twenty-one (21) days of Plaintiffs' filing.

Mark R. Hornak
Chief United States District Judge

cc:   All counsel of record, Defendants