# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPENPITTSBURGH.ORG and TRENTON POOL,<br><br>Plaintiffs,<br><br>vs.<br><br>KATHRYN BOOCKVAR, in her official capacity as the acting Secretary of the Commonwealth of Pennsylvania; DAVID VOYE, in his official capacity as Manager of the Allegheny County Division of Elections; KATHRYN M. HENS-GRECO, in her official capacity as an interim Member of the Allegheny County Board of Elections; THOMAS BAKER, in his official capacity as an interim Member of the Allegheny Board of Elections and ROBERT PALMOSINA, in his official capacity as an interim Member of the Allegheny Board of Elections,<br><br>Defendants. | No. 2:16-cv-01075-MRH<br><br>Judge Hornak<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*Electronically Filed.* |

## MOTION FOR ENLARGEMENT OF TIME

AND NOW, comes the defendant, Secretary Boockvar, by her attorneys, Scott A. Bradley, Senior Deputy Attorney General, and Karen M. Romano, Acting Chief Deputy Attorney General, Chief, Litigation Section, and moves for an enlargement of time within which to respond to the instant Third Amended Complaint:

1. Plaintiffs initiated this constitutional challenge to certain provisions in Pennsylvania's Home Rule and Optional Plans Law, which also implicate Pennsylvania's Election Code, by filing a Complaint on July 22, 2015 (Doc. # 1).

2. Recently, following argument on motions to dismiss filed by the Defendants with respect to Plaintiffs' Second Amended Complaint, the Court entered an Order (Doc. # 85) on October 7, 2019, which granted Plaintiffs leave to file a Third Amended Complaint on or before October 28, 2019.

3. Plaintiffs filed their Third Amended Complaint (Doc. # 86) on October 28, 2019.

4. The Defendants were directed to respond to Plaintiffs' Third Amended Complaint "within twenty-one days of Plaintiffs' filing." See (Doc. # 85). Thus, the Defendants' responses to the Third Amended Complaint are due on or before November 19, 2019.

5. Secretary Boockvar is requesting a brief enlargement of time of seven (7) days, or until November 26, 2019, within which to answer or otherwise respond to the Third Amended Complaint in this matter. Secretary Boockvar and the Department of State were involved in the recent election held on November 5, 2019, and were therefore not available to consult and confer with undersigned counsel on the proposed response to Plaintiffs' Third Amended Complaint.

6. Undersigned counsel has discussed this request with all counsel in this matter and all counsel have indicated that there is no objection to this request.

WHEREFORE, Secretary Boockvar respectfully request an enlargement of time of seven (7) days, or until November 26, 2019, within which to answer or otherwise respond to the Third Amended Complaint in this matter.

                                  Respectfully submitted,

                                  JOSH SHAPIRO
                                  Attorney General

|  |  |
|---|---|
| | _s/ Scott A. Bradley_ |
| Office of Attorney General | Scott A. Bradley |
| Litigation Section | Senior Deputy Attorney General |
| 1521 Waterfront Place | Attorney I.D. No. 44627 |
| Mezzanine Level | |
| Pittsburgh, PA 15222 | Karen M. Romano |
| | Acting Chief Deputy Attorney General |
| Phone: (412) 565-3586 | |
| Fax:   (412) 565-3019 | |
| | |
| Date: November 15, 2019 | |