IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OPENPITTSBURGH.ORG and TRENTON POOL,** | } |
| **Plaintiffs,** | } No. 2:16-cv-01075-MRH |
| | } |
| | } Chief Judge Mark R. Hornak |
| vs. | } |
| | } |
| **DAVID VOYE, in his official capacity as Manager of the Allegheny County Division of Elections; THE HONORABLE KATHRYN M. HENS-GRECO, in her official capacity as an interim Member of the Allegheny County Board of Elections; THE HONORABLE THOMAS BAKER in his official capacity as an interim Member of the Allegheny County Board of Elections; THE HONORABLE ROBERT PALMOSINA, in his official capacity as an interim Member of the Allegheny County Board of Elections, and KATHRYN BOOKVAR, in her capacity as the acting Secretary of the Commonwealth of Pennsylvania,** | } |
| | } *Electronically Filed.* |
| **Defendants.** | } |

## MOTION TO DISMISS

AND NOW come Defendants David Voye, Kathryn M. Hens-Greco, Thomas Baker and Robert Palmosina (collectively the "County Defendants"), by and through your attorneys, Andrew F. Szefi, Allegheny County Solicitor, and George M. Janocsko, Assistant County Solicitor, acting pursuant to this Honorable Court's text order dated February 2, 2021 (Doc. # 131) and move for dismissal of the Plaintiffs' Third Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and Fed. R. Civ. P. 12(b)(6) for lack of subject-matter jurisdiction due to lack of standing, for mootness due to the recent enactment of Act 77 of 2019, which amended the requirements for the circulation of nomination petitions set forth in Section 2869 of the Pennsylvania Election Code, and for failure to state a claim upon which relief can be granted against the County Defendants.

1

Respectfully submitted,

*/s/ Andrew F. Szefi*
Andrew F. Szefi
Allegheny County Solicitor
Pa. I.D. #83747
aszefi@alleghenycounty.us

*/s/ George M. Janocsko*
George M. Janocsko
Assistant County Solicitor
Pa. I.D. #26408

ALLEGHENY COUNTY LAW DEPARTMENT
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1120
gjanocsko@alleghenycounty.us

Attorneys for Defendants - David Voye, Kathryn M. Hens-Greco, Thomas Baker and Robert Palmosina