IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPENPITTSBURGH.ORG, and TRENTON POOL | CIVIL DIVISION |
| Plaintiffs, | |
| v. | 2:16-cv-01075-MRH |
| DAVID VOYE, in his official capacity as the manager of the Allegheny County Division of Elections; THE HONORABLE KATHRYN M. HANS-GRECO, in her official capacity as an interim Member of the Allegheny County Board of Elections; THE HONORABLE THOMAS BAKER, in his official capacity as an interim Member of the Allegheny County Board of Elections; THE HONORABLE ROBERT PALMOSINA, in his official capacity as an interim Member of the Allegheny County Board of Elections; and KATHRYN BROOCKVAR, in her official capacity as the Secretary of the Commonwealth of Pennsylvania, | |
| Defendants. | |

### Motion to Withdraw Appearance

The undersigned, George Janocsko, moves to withdraw the appearance of Andrew Szefi on behalf of Defendant David Voye, in the above-referenced matter, and in support thereof, sets forth the following:

1. The undersigned is counsel of record for the above-mentioned Defendant.

2. It is necessary for Andrew to withdraw as counsel in this matter because he left the employment of the Allegheny County Law Department on July 20, 2022 to accept an appointment to the Court of Common Pleas.

3.  The above-mentioned Defendant will continue to be represented by George Janocsko of the Allegheny County Law Department.

4.  As such, no parties will be prejudiced by this withdrawal.

WHEREFORE, the undersigned respectfully requests this court to grant this Motion to Withdraw and enter an Order withdrawing his appearance in this case and removing him from the Court's ECF system for this matter.

Respectfully submitted,

/s/ George Janocsko
George Janocsko
Assistant County Solicitor
Pa. I.D. #26408

ALLEGHENY COUNTY LAW DEPARTMENT
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1173

george.janocsko@alleghenycounty.us