IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPENPITTSBURGH.ORG, and TRENTON POOL | : |
| | : CIVIL ACTION |
| Plaintiffs, | : |
| | : 2:16-cv-1075-MRH |
| v. | : |
| | : **PLAINTIFFS' MOTION TO** |
| DAVID VOYE, in his official capacity as the manager of | : **CONVERT** |
| the Allegheny County Division of Elections; THE | : **PRELIMINARY INJUNCTION** |
| HONORABLE KATHRYN M. HENS-GRECO, in her | : **INTO A PERMANENT** |
| official capacity as an interim Member of the Allegheny | : **INJUNCTION AND FINAL** |
| County Board of Elections; THE HONORABLE | : **ORDER OF THE COURT** |
| THOMAS BAKER, in his official capacity as an interim | : |
| Member of the Allegheny County Board of Elections; | : |
| THE HONORABLE ROBERT PALMOSINA, in his | : |
| official capacity as an interim Member of the Allegheny | : |
| County Board of Elections; and KATHRYN BOOCKVAR, | : |
| In her official capacity as the Secretary of the | : |
| Commonwealth of Pennsylvania, | : *Filed Electronically* |
| | : |
| Defendants. | : |

## **PLAINTIFFS' COUNSEL'S NOTICE OF UNAVAILABILITY**

Plaintiffs' counsel, Paul A. Rossi, respectfully provides this Court notice that counsel Rossi is not available for any hearing and/or conference call until Monday, October 17, 2022. Counsel Rossi is currently in Europe and experiencing unreliable internet, cell and satellite phone connection. Connection with the Court may improve on or about Monday, October 10, 2022 after the cruise portion of counsel Rossi's vacation has been completed. However, counsel Rossi is not scheduled to return to the States until Sunday, October 16, 2022. Thereafter, counsel Rossi will be able to establish normal connection with the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  October 2, 2022 | __/s/ Paul A. Rossi_____ |

Paul A. Rossi
IMPG Advocates
316 Hill Street, Suite 1020
Mountville, PA 17554
717.869.8872
Paul-Rossi@comcast.net

## CERTIFICATE OF SERVICE

Plaintiffs, by and through their undersigned legal counsel, hereby certify that the foregoing document was filed on this date with the Clerk of this Court through the Court's ECF filing system and that opposing counsel was automatically served a true and correct copy of the foregoing document through the Court's ECF filing system.

Dated:  October 2, 2022                         __/s/ Paul A. Rossi_____
                                                Paul A. Rossi